FILED _____ LODGED
_____ RECEIVED

JAN 20 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

THE HONORABLE _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

MATTHEW KATZ, as an individual;

                                 Plaintiff,

    v.

GENERAL AUCTION COMPANY, a
California corporation,

                               Defendants.

NO. 3:23-cv-5057-BHS

CIVIL COMPLAINT for:

1. Fraud;
2. Negligence;
3. Punitive Damages;
4. Interference with Contractual Relations; and,
5. Infliction of Emotional Distress

## CIVIL COMPLAINT

### I. THE ACTION'S TYPE AND PERTINENT FACTS _____

1. This action arises from Katz's purchase, at auction, of trucks and equipment from the Defendant GAC Auction Company (hereinafter "GAC") in the autumn of 2020, included a flat-bed truck, a box truck and a forklift that he needed for his workers to use at a job site to load the purchased trucks the same day he took possession of all from GAC.

CIVIL COMPLAINT- 1

Matthew Katz, Plaintiff *pro se*
5619 Sunrise Beach Rd. NW
Olympia, WA 98502

2. The gravamen of the action concerns the negligence and recklessness of one of GAC's principal workers' statements to the chief of Katz's two drivers who had noted a tail-light was broken on one of the trucks while using a big forklift to load Katz's purchased forklift onto Katz's purchased flat-bed truck, and had complained about it to said GAC principal.   The GAC principal turned to Katz's drivers and said to them in so many words "well, what do you expect---none of these vehicles pass inspection", fraudulently misrepresenting to said drivers that they were not legal to be driven by them to me out of state.  As a result, Katz's main driver then left GAC's premises upset, exclaiming that he would not drive a truck without inspection and jeopardize his commercial license.

3. Katz's other driver and remaining crew also left as a result of the GAC principal's recklessly and negligently leading misleading statement to Katz's transport team.

4. GAC failed to inform Katz's drivers that driving and delivering his newly purchased trucks to him at the contracted destination of his home in Washington was perfectly legal, since in Washington no smog inspection is required.  Because GAC required that the purchase of the trucks was being made by an out-of-state purchaser or dealer only to ensure no violation of California smog ban laws, GAC should be held liable to me for their workers' fraudulent statement to Katz's driver.

5. As a result of GAC's worker's fraudulent statement to Katz's driver, but for which Katz's drivers would have loaded into the trucks the packaging equipment Katz needed to transport from his California storage facility to his home in Washington,

CIVIL COMPLAINT- 2

Matthew Katz, Plaintiff *pro se*
5619 Sunrise Beach Rd. NW
Olympia, WA 98502

1    Katz suffered economic losses both in the total amount I paid at auction

2    approximating $13,000.00 (Thirteen Thousand Dollars), the $3,000.00 (Three

3

4    Thousand Dollars) Katz paid to his crew manager, Annie Mojet Young and the lost

5    revenue from Katz's packaging business which is reasonably estimated to have been

6    Fifty Thousand Dollars ($50,000.00) loss in revenue conservatively speaking.

7    **6.**  Additionally, GAC should also be held liable to Katz for the additional twenty-four

8    (24) months of rent at his storage units in Oxnard, California since he has never had

9

10    the money until this past August 2022 with which to finally have moved his

11    packaging machinery Katz's home here in Washington, which approximates Twenty-

12    Two Thousand Dollars ($22,000.00).

13    **7.**  Katz also asserts that the considerable emotional distress that GAC's fraud has caused

14

15    him has been more than substantial if not outrageous emotional distress in resultant

16    effect, since he was one month short of his 91st Birthday at the time of the alleged

17    fraud and economic damages to him by GAC, and that therefore he should be

18    awarded punitive damages for fraud and additionally damages for infliction for

19

20    emotional distress.

21                        **II. PARTIES**

22    **8.**  Katz is a male, aged 93, and a current full-time resident at the 5619 Sunrise Beach Rd.

23    NW, Olympia, Washington 98502 premises at which address he has been a resident for

24    nearly 40 (forty) years.

25

26

CIVIL COMPLAINT- 3                          Matthew Katz, Plaintiff *pro se*
                                                     5619 Sunrise Beach Rd. NW
                                                       Olympia, WA 98502

1

2   **9.** Based upon information and belief, the Defendant corporation GAC is located at 1740 W.

3   Redlands, California 92373, with telephone number (714) 670-8510.

4
                                    **III. JURISDICTION**
5

6   **10.** Plaintiff and the Defendant corporation are residents of two different states and the amount

7   of damages exceeds $75,000.00 (Seventy-Five Thousand Dollars) exclusive of interest and

8   costs, and therefore this federal court has subject matter jurisdiction over the action pursuant to

9
    28 U.S.C. § 1332.
10

11  **11.** This federal Court possesses long arm personal jurisdiction over Korn pursuant to RCW

12  4.28.185 (1), Washington's long-arm statute, to the extent permitted by the Due Process Clause

13  of the United States Constitution. *MBM Fisheries,* 60 Wn. App. at 423.  Specifically, RCW

14
    4.28.185 provides in pertinent part: (1) Any person, whether or not a citizen or resident of this
15

16  state, who in person or through an agent does any of the acts in this section enumerated,

17  thereby submits said person, and, if an individual, his or her personal representative, to the

18  jurisdiction of the courts of this state as to any cause of action arising from the doing of any of

19
    said acts: (a) The transaction of any business within this state; . . . . . (3) Only causes of action
20

21  arising from acts enumerated herein may be asserted against a defendant in an action in which

22  jurisdiction over ' may him or her is based upon this section."

23  **12.** Each of those causes of action arise from and are connected with said nonresident

24  corporation GAC's aforementioned actions. See *Shute v. Carnival Cruise Lines,* 113 Wn. 2d

25

26

CIVIL COMPLAINT- 4                                    Matthew Katz, Plaintiff *pro se*
                                                      5619 Sunrise Beach Rd. NW
                                                      Olympia, WA 98502

1   763, 767, 783 P. 2d 78 (1989) (quoting *Deutsch v. W. Coast Mach. Co.*, 80 Wn. 2d 707, 711,

2   497 P. 2d 1311 (1972)).

3                                      **IV. VENUE**

4

5   **13.**  Venue is proper in this federal court situated in the County of Thurston, State of

6   Washington since the Subject Property is located at the County of Thurston in the City of

7   Olympia.

8                              **VI. CAUSES OF ACTION**
                                **First Cause of Action**
9                                    **(For Fraud)**

10

11  **14.**  Katz re-alleges and incorporates the allegations contained in all the preceding paragraphs

12  as though fully set forth at this place.

13

14  **15.**  But for the fraud engaged in by GAC by and through its knowingly and falsely misleading

15  statements made by its principal employee to Katz's chief driver and transport crew, Katz

16  never received the equipment he needed to transport to his home in Washington and lost

17  money on this in addition to his GAC purchase transaction.

18                              **Second Cause of Action**
                                    **(Negligence)**
19
    **16.** Katz re-alleges and incorporates the allegations contained in all the preceding paragraphs
20
    as though fully set forth at this place.
21

22  **17.** Katz alleges that GAC engaged in negligence through the falsely misleading statements of

23  its principal to his chief driver, in violation of its duty of care to Katz.

24

25

26

CIVIL COMPLAINT- 5                                          Matthew Katz, Plaintiff *pro se*
                                                                 5619 Sunrise Beach Rd. NW
                                                                    Olympia, WA 98502

1

2

3                             **Third Cause of Action**
                               **(Punitive Damages)**

4 **19.** Katz re-alleges and incorporates the allegations contained in all the preceding paragraphs

5 as though fully set forth at this place.

6

7 **20.** Katz seeks punitive damages based upon the alleged frauds of the Defendant corporation

8 GAC's frauds.

9                            **Fourth Cause of Action**

10           **(For Interference with Contractual Relations)**
**21.** Katz re-alleges and incorporates the allegations contained in all the preceding paragraphs

11 as though fully set forth at this place.

12

13 **22.** Defendant corporation GAC at all relevant times knew that Katz had to transport contents

14 of his California storage units inclusive of his machine packaging operation's equipment to his

15 home in Washington.

16

17 **23.** The Defendant corporation GAC's principal employee's knowingly, recklessly and

18 negligently misleading false statements to Katz's chief driver and transport crew resulted in the

19 disruption of Katz's packaging operations.

20                            **Fifth Cause of Action**

21         **(For Intentional Infliction of Emotional Distress)**
**24.** Katz re-alleges and incorporates the allegations contained in all the preceding paragraphs

22 as though fully set forth at this place.

23

24 **25.** Defendant corporation GAC's principal employee's negligently and recklessly misleading

25 statement to Katz's chief driver and transport crew compounded 91 year old Katz's mental and

26

CIVIL COMPLAINT- 6                                           Matthew Katz, Plaintiff *pro se*
                                                       5619 Sunrise Beach Rd. NW
                                                         Olympia, WA 98502

1   physical handicaps and frailties, in infliction of emotional distress to Katz.

2                              **PRAYERS FOR RELIEF**

3

4   Katz as Plaintiff prays that the Court will:

5   A.  Order that Defendant corporation GAC pay Katz damages in the amount of One Hundred

6   Fifty Thousand Dollars ($150,000.00) for the fraudulent statements made his driver.

7   B.  Order, that Defendant corporation GAC pay Katz the sum of One Hundred Thousand

8
    Dollars ($100,000.00) for the negligence and recklessness of its principal employee in his
9

10  misleading but destructive remarks to Katz's main driver..

11  C.   Order that Katz be awarded punitive damages against the Defendant corporation GAC,

12  In treble award of the aforementioned One Hundred Fifty Thousand Dollars ($150,000.00)

13
    fraud damages.
14

15  D.  Order that Defendant corporation GAC pay Katz damages in the amount of Fifty

16  Thousand Dollars ("Fifty Thousand Dollars") for its interference with Katz's contractual

17  relations of Katz in his machine packaging operations.

18
    E. Order that Defendant corporation GAC pay Katz damages in the amount of One
19

20  Hundred Thousand Dollars ("$100,000.00) for infliction of emotional distress upon Katz

21  Through its principal employee's reckless and negligent misleadingly false statements to

22  Katz's chief driver.

23
    F. Order that Defendant corporation GAC reimburse Katz for costs of suit.
24

25

26

CIVIL COMPLAINT- 7                                    Matthew Katz, Plaintiff *pro se*
                                                      5619 Sunrise Beach Rd. NW
                                                      Olympia, WA 98502

1

2      DATED this 3rd day of January 2023.

3
              MATTHEW KATZ, PLAINTIFF *PRO SE*
4
       By:   _____
5
              Matthew Katz, Plaintiff *pro se*
6             5619 Sunrise Beach Rd. NW
              Olympia, WA  98502
7             Phone:    (310) 666-6031
              Email:    malibutrade@gmail.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CIVIL COMPLAINT- 8                              Matthew Katz, Plaintiff *pro se*
                                                5619 Sunrise Beach Rd. NW
                                                Olympia, WA 98502